No. 01–1231. CONNECTICUT DEPARTMENT OF PUBLIC SAFETY ET AL. *v.* DOE, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED. C. A. 2d Cir. [Certiorari granted, 535

U. S. 1077.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.